IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HOWARD FITZPATRICK,<br>PLAINTIFF, | §<br>§<br>§ | |
| vs. | § | CIVIL NO. 4:22-CV-1012-P |
| | § | |
| THE STATE OF TEXAS,<br>DEFENDANT. | §<br>§<br>§ | |

## ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY

Pending before the Court is *pro se* Plaintiff Howard Fitzpatrick's Motion for Discovery [doc. 10], filed December 15, 2022. Having carefully considered the motion, the Court concludes that it should be **DENIED** at this time as premature as the Court has not yet reviewed this case under 28 U.S.C. § 1915(e) nor ordered service on Defendant.

Based on the foregoing, it is **ORDERED** that Plaintiff's Motion for Discovery [doc. 10] is **DENIED**.

SIGNED December 15, 2022

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE